IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV447-RJC-DCK

| | |
|---|---|
| INSIDEOUT CHAMPIONS SERIES LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| RHEIN PALISADES, LLC, | ) |
| Defendant. | ) |

## ORDER ADMITTING MICHAEL E. NORTON, ESQ TO PRACTICE *PRO HAC VICE*

FOR GOOD CAUSE SHOWN, and in light of Plaintiff InsideOut Champions Series LLC's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) and payment of the $250.00 admission fee on behalf of the Applicant, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Michael E. Norton be admitted to practice *pro hac vice* before this Court in order to represent Plaintiff InsideOut Champions Series LLC in the above-captioned matter.

Signed: October 21, 2009

David C. Keesler
United States Magistrate Judge